SETAREH LAW GROUP
Shaun Setareh (SBN 204514)
*shaun@setarehlaw.com*
Thomas Segal (SBN 222791)
*thomas@setarehlaw.com*
H. Scott Leviant (SBN 200834)
*scott@setarehlaw.com*
9454 Wilshire Boulevard, Suite 907
Beverly Hills, California 90212
Telephone: (310) 888-7771
Facsimile: (310) 888-0109

Attorneys for Plaintiff
JAMES HARALSON


VEDDER PRICE (CA), LLP
Brendan Dolan (SBN 126732)
*bdolan@vedderprice.corn*
Christopher A. Braham (293367)
*cbraham@vedderprice.com*
275 Battery Street, Suite 2464
San Francisco, California 94111
Telephone: (415) 749-9500
Facsimile: (415) 749-9502

Attorneys for Defendant
U.S. AVIATION SERVICES CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HARALSON, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>U.S. AVIATION SERVICES CORP., a Nevada corporation; UNITED AIRLINES, INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:16-cv-05207<br><br>**PLAINTIFF JAMES HARALSON'S AND DEFENDANT U.S. AVIATION SERVICES CORP.'S STIPULATION FOR AN ORDER COMPELLING THE PRODUCTION OF A CLASS LIST** |

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION FOR AN ORDER
COMPELLING THE PRODUCTION OF A
CLASS LIST

LOS_ANGELES/#27415.3

IT IS HEREBY STIPULATED by and between Plaintiff James Haralson ("Plaintiff") and Defendant U.S. Aviation Services Corp. ("U.S. Aviation") (collectively the "Parties") by and through their respective counsel of record, that:

WHEREAS, on December 7, 2016, Plaintiff propounded an Interrogatory on U.S. Aviation requesting it to provide the name, mailing address, cellular telephone number, email address and job title for each putative class member (hereafter known as a request for a "Class List");

WHEREAS, on April 4, 2017, U.S. Aviation objected to Plaintiff's Interrogatory primarily on the grounds that such a request for a Class List is premature prior to Plaintiff satisfying his *prima facie* burden showing that the Federal Rule of Civil Procedure 23 class action requirements are met and the dissemination of a Class List violates the privacy rights of U.S. Aviation former and current employees;

WHEREAS, on April 11, 2017, Plaintiff sent U.S. Aviation a meet and confer letter arguing its position as to why U.S. Aviation's initial discovery response was deficient;

WHEREAS, on April 28, 2017, after the Parties engaged in good faith meet and confer discussions, and based on the legal authorities presented by Plaintiff U.S. Aviation agreed to produce the requested Class List subject to an Order from this Court requiring it do so;

THEREFORE, the parties hereby stipulate and jointly request that the Court enter this Order requiring U.S. Aviation to produce a Class List and instructing Plaintiff's counsel to protect the privacy interest of putative class members as follows:

1. U.S. Aviation is required to produce the name, last known mailing address, last known cellular telephone number if in possession of U.S. Aviation, last known personal email address if in possession of U.S. Aviation and last known job title held at U.S. Aviation for each putative class member, with putative class member defined as all persons employed by Defendant U.S. Aviation Services Corp. in hourly paid or non-exempt positions as aircraft cleaners in California since September 9, 2012;

2. Unless the Parties agree to a different date, the deadline for U.S. Aviation to produce the Class List shall be within thirty (30) days of the entry of this Court's order;

3. Plaintiff's counsel must inform each putative class member that Plaintiff's counsel contacts that he or she has a right not to talk to Plaintiff's counsel and that, if he or she declines to talk with Plaintiff's counsel, Plaintiff's counsel will immediately terminate the conversation and will not contact that individual again.

Dated: June 15, 2017        SETAREH LAW GROUP

By: */s/ H. Scott Leviant*
Shaun Setareh
Thomas Segal
H. Scott Leviant

Attorneys for Plaintiff
JAMES HARALSON

Dated: June 15, 2017        VEDDER PRICE (CA), LLP

By: */s/ Christopher A. Braham*
Brendan Dolan
Christopher A. Braham

Attorneys for Defendant
U.S. AVIATION SERVICES, CORP.

**ORDER**

Good cause appearing therefor, IT IS SO ORDERED.

Dated: June 19, 2017

THE HONORABLE JON S. TIGAR

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Christopher A. Braham, attest that concurrence in the filing of this stipulation has been obtained from all signatories.

Executed this 15th day of June 2017, in Los Angeles, California.

                                        /s/ Christopher A. Braham
                                        Christopher A. Braham