| | |
|---|---|
| 1 | SETAREH LAW GROUP |
| | Shaun Setareh (SBN 204514) |
| 2 | shaun@setarehlaw.com |
| | Thomas Segal (SBN 222791) |
| 3 | thomas@setarehlaw.com |
| | H. Scott Leviant (SBN 200834) |
| 4 | scott@setarehlaw.com |
| | 9454 Wilshire Boulevard, Suite 907 |
| 5 | Beverly Hills, California 90212 |
| | Telephone: (310) 888-7771 |
| 6 | Facsimile: (310) 888-0109 |
| 7 | |
| | Attorneys for Plaintiff |
| 8 | JAMES HARALSON |
| 9 | |
| 10 | SEYFARTH SHAW LLP |
| | Catherine M. Dacre (SBN 141988) |
| 11 | cdacre@seyfarth.com |
| | Michael A. Wahlander (SBN 260781) |
| 12 | mwahlander@seyfarth.com |
| | Elizabeth J. MacGregor (SBN 267326) |
| 13 | emacgregor@seyfarth.com |
| | 560 Mission Street, 31st Floor |
| 14 | San Francisco, California 94105 |
| | Telephone: (415) 397-2823 |
| 15 | Facsimile: (415) 397-8549 |
| 16 | Attorneys for Defendant |
| | UNITED AIRLINES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HARALSON, on behalf of himself and others similarly situated, | Case No. 3:16-cv-05207-JST |
| Plaintiff, | **STIPULATED REQUEST FOR DISMISSAL AND [PROPOSED] ORDER** |
| v. | |
| U.S. AVIATION SERVICES CORP., a Nevada corporation; UNITED AIRLINES, INC., a Delaware corporation; and DOES 1-50, inclusive, | Third Amended Complaint Filed: January 20, 2017 |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff James Haralson ("Plaintiff") and Defendant United Airlines, Inc. ("United") (collectively "the Parties"), by and through their respective counsel, stipulate and request the dismissal of United as follows:

1. Plaintiff's individual claims and class action claims against United are dismissed without prejudice;
2. Plaintiff waives any claims against United for his attorneys' fees and costs as it relates to his claims against United;
3. United waives any claims against Plaintiff for its attorneys' fees and costs as it relates to Plaintiff's claims against United; and
4. Should Plaintiff and Defendant U.S. Aviation resolve this matter, through settlement or otherwise, this dismissal will be amended to a dismissal with prejudice.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: September 5, 2017    SETAREH LAW GROUP

By: */s/ H. Scott Leviant*
   Shaun Setareh
   H. Scott Leviant[1]

Attorneys for Plaintiff
JAMES HARALSON


DATED: September 5, 2017    SEYFARTH SHAW LLP

By: */s/ Catherine M. Dacre*
   Catherine M. Dacre
   Michael A. Wahlander
   Elizabeth J. MacGregor

Attorneys for Defendant
UNITED AIRLINES, INC.

---

[1] Pursuant to L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

# **ORDER**

Pursuant to the Parties' stipulation, it is so ordered.

Dated: September 7, 2017

_____
Honorable Jon S. Tigar
United States District Judge