SETAREH LAW GROUP
Shaun Setareh (SBN 204514)
*shaun@setarehlaw.com*
Thomas Segal (SBN 222791)
*thomas@setarehlaw.com*
H. Scott Leviant (SBN 200834)
*scott@setarehlaw.com*
9454 Wilshire Boulevard, Suite 907
Beverly Hills, California 90212
Telephone:   (310) 888-7771
Facsimile:   (310) 888-0109

Attorneys for Plaintiff
JAMES HARALSON


VEDDER PRICE (CA), LLP
Brendan Dolan (SBN 126732)
*bdolan@vedderprice.corn*
Christopher A. Braham (293367)
*cbraham@vedderprice.com*
275 Battery Street, Suite 2464
San Francisco, California 94111
Telephone:   (415) 749-9500
Facsimile:   (415) 749-9502

Attorneys for Defendant
U.S. AVIATION SERVICES CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HARALSON, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>U.S. AVIATION SERVICES CORP., a Nevada corporation; UNITED AIRLINES, INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:16-cv-05207<br><br>**STIPULATION REGARDING CASE MANAGEMENT DATES AND DEADLINES; [PROPOSED] ORDER** |

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

LOS_ANGELES/#31966.2

STIPULATION REGARDING CASE
MANAGEMENT DATES AND
DEADLINES; [PROPOSED] ORDER

Plaintiff James Haralson ("Plaintiff") and Defendant U.S. Aviation Services Corp. ("U.S. Aviation) ("collectively the Parties") submit the following stipulation to continue the mediation completion date and certification briefing schedule based upon the following facts:

1. On August 9, 2016, Plaintiff filed the original Complaint in this matter in the Superior Court of California, County of Alameda. Plaintiff filed a First Amended Complaint ("FAC") on September 8, 2016. U.S. Aviation and Defendant United Airlines, Inc. ("United") removed the FAC to this Court on September 8 and 9, 2016 respectively.

2. After the Court ruled on United's motion to dismiss, Plaintiff filed a Third Amended Complaint ("TAC") on January 20, 2017. U.S. Aviation answered Plaintiff's TAC on February 3, 2017.

3. On February 22, 2017, the Court issued a Scheduling Order. (Dkt. No. 37.) In that Scheduling Order, the Court set October 2, 2017 as the date by which Plaintiff must file his Motion for Class Certification.

4. October 2, 2017, is also the current deadline by which the Parties are required to have completed private mediation in this matter.

5. On April 7, 2017, the Parties informed the Court of the discovery dispute concerning whether U.S. Aviation was required to produce contact information for putative class members. The Court ordered Plaintiff and U.S. Aviation to submit a Joint Letter Brief regarding this issue. (Dkt. No. 43.) On April 28, 2017, Plaintiff and U.S. Aviation filed a Joint Letter Brief informing the Court that they agreed to submit a stipulation ordering U.S. Aviation to produce the contact information. (Dkt. No. 45.) Plaintiff and U.S. Aviation also agreed that a *Belaire* notice was not required. On June 15, 2017, Plaintiff and U.S. Aviation filed a Joint Stipulation. (Dkt. No. 46.) The Court entered the Order on the Stipulation on June 20, 2017. (Dkt. No. 47.) U.S. Aviation has substantially complied with the Order, and is in the process of reviewing the contact information provided to confirm that

| | | |
|---|---|---|
| 1 | | some potentially inadvertently omitted putative class members are included in a |
| 2 | | subsequent data production. |
| 3 | 6. | The Parties along with United conferred multiple times in June, July and August |
| 4 | | about possible mediators and mediation dates. The Parties were initially interested |
| 5 | | in utilizing Mark Rudy, a mediator with substantial expertise mediating wage and |
| 6 | | hour class action cases and a mediator whom the Parties have previously used to |
| 7 | | successfully resolve an unrelated matter. However, due to limited available days |
| 8 | | for Mr. Rudy's services and hesitation from United in utilizing Mr. Rudy, the |
| 9 | | Parties and United discussed other candidates to mediate this matter. A second |
| 10 | | experienced mediator, Michael Dickstein, was then agreed upon by the Parties. |
| 11 | | However, Mr. Dickstein's availability, while better than Mr. Rudy's, was also |
| 12 | | limited. After exchanging date options for a mediation with Mr. Dickstein, the |
| 13 | | available options could not be made to work due to multiple scheduling conflicts |
| 14 | | involving the Parties, United and their counsel. |
| 15 | 7. | While attempting to agree to a mediation date the parties also negotiated over the |
| 16 | | possible dismissal of United from the action. A stipulated request for dismissal of |
| 17 | | United was filed on September 5, 2017. (Dkt. No. 50.) On September 7, 2017, the |
| 18 | | Court entered its order dismissing United without prejudice. (Dkt. No. 51.) |
| 19 | 8. | With United's resistance to utilizing Mr. Rudy's mediation services no longer |
| 20 | | being an issue, Plaintiff and U.S. Aviation agreed to again contact Mr. Rudy. The |
| 21 | | Parties found that Mr. Rudy has no mediation dates available in the months of |
| 22 | | September, October, November and December. February 7, 2018 was the earliest |
| 23 | | mutually agreeable date the Parties could reserve for a mediation. On September |
| 24 | | 8, 2017, the Parties received confirmation that Mr. Rudy had reserved February 7, |
| 25 | | 2018 to mediate their dispute. |
| 26 | 9. | Based upon the above referenced scheduling issues, the Parties conferred and |
| 27 | | agreed that a continuance of the class certification briefing schedule and mediation |
| 28 | | |

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

- 3 -

STIPULATION REGARDING CASE
MANAGEMENT DATES AND
DEADLINES; [PROPOSED] ORDER

LOS_ANGELES/#31966.2

| | | |
|---|---|---|
| 1 | | deadline is appropriate in order to provide the Parties with sufficient time to |
| 2 | | schedule and complete a mediation and depositions while also saving resources in |
| 3 | | the event the Parties successfully reach a settlement in the matter. Taking into |
| 4 | | consideration the holidays and previously set schedule, the Parties, though this |
| 5 | | Stipulation, request that the mediation deadline be extended to February 7, 2018 |
| 6 | | and certification briefing dates be respectively continued appropriately. |
| 7 | 10. | The Parties are continuing to pursue discovery in this matter, including the depositions of the respective Parties (or designated representatives thereof). Plaintiff's deposition will be scheduled for sometime in October. Depositions of Defendants will be scheduled for November or December. This Stipulation is not offered for any dilatory purpose and is intended only to (1) limit the expenditure of time and resources in an inefficient manner, and (2) accommodate the schedules of the Parties, their counsel, and third parties. |
| 14 | 11. | In view of the foregoing, the Parties hereby stipulate and agree as follows: |
| 15 | 1. | The mediation completion deadline, which is current set for October 2, 2017, is continued to March 5, 2018. |
| 17 | 2. | The class certification motion filing deadline, which is current set for October 2, 2017, is continued to March 5, 2018. |
| 19 | 3. | The class certification opposition brief filing deadline, which is current set for December 1, 2017, is continued to May 4, 2018. |
| 21 | 4. | The class certification reply brief filing deadline, which is current set for February 2, 2018, is continued to June 29, 2018. |

**IT IS SO STIPULATED**.

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

LOS_ANGELES/#31966.2

- 4 -

STIPULATION REGARDING CASE
MANAGEMENT DATES AND
DEADLINES; [PROPOSED] ORDER

| | |
|---|---|
| Dated: September 11, 2017 | SETAREH LAW GROUP |
| | By: */s/ H. Scott Leviant* <br> Shaun Setareh <br> Thomas Segal <br> H. Scott Leviant |
| | Attorneys for Plaintiff <br> JAMES HARALSON |
| Dated: September 11, 2017 | VEDDER PRICE (CA), LLP |
| | By: */s/ Christopher A. Braham* <br> Brendan Dolan <br> Christopher A. Braham |
| | Attorneys for Defendant <br> U.S. AVIATION SERVICES, CORP. |

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Christopher A. Braham, attest that concurrence in the filing of this stipulation has been obtained from all signatories.

Executed this 11th day of September 2017, in Los Angeles, California.

/s/ Christopher A. Braham
Christopher A. Braham

# **[PROPOSED]** ORDER

Having received and reviewed the Parties' Stipulation to continue the mediation completion date and certification briefing schedule, IT IS HEREBY ORDERED THAT:

1. The mediation completion deadline, which is current set for October 2, 2017, is continued to March 5, 2018.
2. The class certification motion filing deadline, which is current set for October 2, 2017, is continued to March 5, 2018.
3. The class certification opposition brief filing deadline, which is current set for December 1, 2017, is continued to May 4, 2018.
4. The class certification reply brief filing deadline, which is current set for February 2, 2018, is continued to June 29, 2018.

**IT IS SO ORDERED**.

Dated: September 12, 2017

THE HONORABLE JON S. TIGAR