Shaun Setareh (SBN 204514)
  shaun@setarehlaw.com
H. Scott Leviant (SBN 200834)
  scott@setarehlaw.com
SETAREH LAW GROUP
9454 Wilshire Boulevard, Suite 907
Beverly Hills, California 90212
Telephone   (310) 888-7771
Facsimile   (310) 888-0109

Attorneys for Plaintiff
JAMES HARALSON


Brendan Dolan (SBN 126732)
  bdolan@vedderprice.com
Christopher A. Braham (SBN 293367)
  cbraham@vedderprice.com
VEDDER PRICE (CA), LLP
275 Battery Street, Suite 2464
San Francisco, California 94111
T:  +1 415 749 9500
F:  +1 415 749 9502

Attorneys for Defendant
U.S. AVIATION SERVICES CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HARALSON, on behalf of himself, all others similarly situated, and the general public,<br><br>   *Plaintiff*,<br><br> vs.<br><br>U.S. AVIATION SERVICES CORP., a Nevada corporation; UNITED AIRLINES, INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>   *Defendants*. | Case No. 3:16-cv-05207-JST<br><br>Assigned For All Purposes To The Honorable Jon S. Tigar, Courtroom 9<br><br>**STIPULATION TO CONTINUE THE DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION; [PROPOSED] ORDER**<br><br>Action Filed: August 9, 2016 |

| | |
|---|---|
| 1 | **JOINT STIPULATION** |
| 2 | This Stipulation is made by and between Plaintiff JAMES HARALSON ("Plaintiff"), and |
| 3 | Defendant U.S. AVIATION SERVICES CORP., and Defendant UNITED AIRLINES, INC. |
| 4 | (collectively "Defendants"), ("collectively "the Parties"), through their respective counsel of record, |
| 5 | with reference to the following facts: |
| 6 | WHEREAS, the deadline to file a Motion for Class Certification is on March 5, 2018; |
| 7 | WHEREAS, on February 7, 2018, the Parties attended all day mediation with Mark Rudy in |
| 8 | San Francisco, California; |
| 9 | WHEREAS, even though no settlement was reached, the Parties are continuously engaged |
| 10 | in meaningful discussions regarding a class wide settlement; |
| 11 | WHEREAS, Mark Rudy, the mediator, recommends continuing the class certification |
| 12 | briefing schedule, which will give him an opportunity to attempt to settle the case without the |
| 13 | Parties incurring additional costs and fees associated with the class certification schedule; |
| 14 | |
| 15 | WHEREAS, given the Parties' continuous meaningful discussions and Mark Rudy's |
| 16 | recommendation to continue the class certification schedule, the Parties enter into a Stipulation |
| 17 | respectfully seeking an Order to continue the deadline up to 60 days to file a Motion for Class |
| 18 | Certification; |
| 19 | WHEREAS, the Parties will also use the 60 days to conduct a Rule 30(b)(6) deposition; |
| 20 | WHEREAS, the Parties have agreed that, except as otherwise stated, nothing in this |
| 21 | Stipulation shall operate as a waiver of any rights they may have in this action. |
| 22 | THEREFORE, the Parties hereby stipulate and agree as follows: |
| 23 | 1. The Parties enter into a Stipulation respectfully seeking an Order to continue the |
| 24 | deadline to file a Motion for Class Certification up to 60 days; |
| 25 | 2. Except as otherwise stated, nothing in this Stipulation shall operate as a waiver of |
| 26 | any rights that either Plaintiff or Defendants may have in this action. |
| 27 | /// |
| 28 | |

| | | |
|---|---|---|
| 1 | DATED: February 13, 2018 | SETAREH LAW GROUP |
| 2 | | |
| 3 | | |
| 4 | | /S/ Shaun Setareh |
| | | SHAUN SETAREH |
| 5 | | Attorneys for Plaintiff |
| | | JAMES HARALSON |
| 6 | DATED: February 13, 2018 | VEDDER PRICE (CA), LLP |

/S/ Christopher A. Braham
BRENDAN DOLAN
CHRISTOPHER A. BRAHAM
Attorneys for Defendant
U.S. AVIATION SERVICES CORP.

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Pursuant to the Parties' Stipulation, the Court hereby orders the deadline to file Motion for |
| 3 | Class Certification to be continued up to 60 days. |
| 4 | |
| 5 | **IT IS SO ORDERED.** |
| 6 | |
| 7 | Dated: February _14, 2018 |
| 8 | Honorable Jon S. Tigar<br>United States District Judge |