SETAREH LAW GROUP
Shaun Setareh (SBN 204514)
*shaun@setarehlaw.com*
H. Scott Leviant (SBN 200834)
*scott@setarehlaw.com*
9454 Wilshire Boulevard, Suite 907
Beverly Hills, California 90212
Telephone: (310) 888-7771
Facsimile: (310) 888-0109

Attorneys for Plaintiff
JAMES HARALSON


VEDDER PRICE (CA), LLP
Brendan Dolan (SBN 126732)
*bdolan@vedderprice.corn*
Christopher A. Braham (293367)
*cbraham@vedderprice.com*
275 Battery Street, Suite 2464
San Francisco, California 94111
Telephone: (415) 749-9500
Facsimile: (415) 749-9502

Attorneys for Defendant
U.S. AVIATION SERVICES CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HARALSON, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>U.S. AVIATION SERVICES CORP., a Nevada corporation; UNITED AIRLINES, INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:16-cv-05207-JST<br><br>**STIPULATION REGARDING CLASS CERTIFICATION BRIEFING SCHEDULE; [PROPOSED] ORDER** |

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION REGARDING CLASS
CERTIFICATION BRIEFING SCHEDULE;
[PROPOSED] ORDER

LOS_ANGELES/#38865.1

Plaintiff James Haralson ("Plaintiff") and Defendant U.S. Aviation Services Corp. ("U.S. Aviation) (collectively the "Parties") submit the following stipulation to clarify the class certification briefing schedule:

1. On February 13, 2018, the Parties filed a stipulation requesting the Court to continue Plaintiff's March 5, 2018 deadline to file a Motion for Class Certification up to 60 days. (Dkt. No. 54.) However, the Parties inadvertently failed to request that the 60 day extension also apply to U.S. Aviation's deadline to file its Opposition to Plaintiff's Motion for Class Certification and Plaintiff's deadline to file his Reply in support of his Motion for Class Certification.

2. On February 14, 2018, the Court granted the Parties' request and extended Plaintiff's deadline to file his Motion for Class Certification by up to 60 days. (Dkt. No. 55). The Order, however, is silent with respect to the Opposition and Reply Brief deadlines.

3. In view of the foregoing, the Parties seek to clarify the class certification briefing schedule and hereby stipulate and agree as follows:

    A. The class certification Motion filing deadline, which was extended by up to 60 days shall be set for May 4, 2018.

    B. The class certification Opposition Brief filing deadline, which was previously set for May 4, 2018, shall be continued to July 3, 2018.

    C. The class certification Reply Brief filing deadline, which is currently set for June 29, 2018, shall be continued to August 28, 2018.

**IT IS SO STIPULATED**.

| | |
|---|---|
| Dated: February 22, 2018 | SETAREH LAW GROUP |
| | By: /s/ *H. Scott Leviant* |
| | Shaun Setareh |
| | Thomas Segal |
| | H. Scott Leviant |
| | Attorneys for Plaintiff |
| | JAMES HARALSON |
| Dated: February 22, 2018 | VEDDER PRICE (CA), LLP |
| | By: /s/ *Christopher A. Braham* |
| | Brendan Dolan |
| | Christopher A. Braham |
| | Attorneys for Defendant |
| | U.S. AVIATION SERVICES, CORP. |

### ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)

I, Christopher A. Braham, attest that concurrence in the filing of this stipulation has been obtained from all signatories.

Executed this 22nd day of February 2018, in Los Angeles, California.

/s/ Christopher A. Braham
Christopher A. Braham

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

- 3 -

STIPULATION REGARDING CLASS
CERTIFICATION BRIEFING SCHEDULE;
[PROPOSED] ORDER

LOS_ANGELES/#38865.1

# **[PROPOSED]** ORDER

Having received and reviewed the Parties' Stipulation to clarify the class certification briefing schedule, IT IS HEREBY ORDERED THAT:

1. The class certification motion filing deadline, which was extended by up to 60 days shall be set for May 4, 2018.
2. The class certification opposition brief filing deadline, which was previously set for May 4, 2018, shall be continued to July 3, 2018.
3. The class certification reply brief filing deadline, which is currently set for June 29, 2018, shall be continued to August 28, 2018.

**IT IS SO ORDERED**.

Dated: Feburary 23, 2018

THE HONORABLE JON S. TIGAR