SETAREH LAW GROUP
Shaun Setareh (SBN 204514)
*shaun@setarehlaw.com*
H. Scott Leviant (SBN 200834)
*scott@setarehlaw.com*
9454 Wilshire Boulevard, Suite 907
Beverly Hills, California 90212
Telephone: (310) 888-7771
Facsimile: (310) 888-0109

Attorneys for Plaintiff
JAMES HARALSON


VEDDER PRICE (CA), LLP
Brendan Dolan (SBN 126732)
*bdolan@vedderprice.corn*
Joseph K. Mulherin (*Pro Hac Vice*)
*jmulherin@vedderprice.com*
Christopher A. Braham (293367)
*cbraham@vedderprice.com*
275 Battery Street, Suite 2464
San Francisco, California 94111
Telephone: (415) 749-9500
Facsimile: (415) 749-9502

Attorneys for Defendant
U.S. AVIATION SERVICES CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HARALSON, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>U.S. AVIATION SERVICES CORP., a Nevada corporation; UNITED AIRLINES, INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:16-cv-05207-JST<br><br>**STIPULATION CONTINUING THE PARTIES' DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT; [~~PROPOSED~~] ORDER**<br><br>Hon. Jon. S. Tigar |

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION TO CONTINUE DEADLINE
TO FILE MOTION FOR PRELIMINARY
APPROVAL OF CLASS SETTLEMENT;
[~~PROPOSED~~] ORDER

LOS_ANGELES/#47803.1

This Stipulation is made by and between Plaintiff JAMES HARALSON ("Plaintiff"), and Defendant U.S. AVIATION SERVICES CORP., ("USAS"), ("collectively "the Parties"), through their respective counsel of record, with reference to the following facts:

WHEREAS, the Parties' deadline to file a Motion for Preliminary Approval of Class Settlement (the "Motion") is December 26, 2018;

WHEREAS, the Parties have worked diligently towards finalizing the Motion and all supporting papers thereto but due to client unavailability during the holiday season the Parties have been unable to obtain the requisite client signatures to finalize the Motion and its supporting papers;

WHEREAS, the Parties need additional time to obtain the requisite client signatures before filing the Motion;

THEREFORE, the Parties hereby stipulate and agree as follows:

1    The deadline for the Parties to file the Motion shall be continued from December 26, 2018 to January 9, 2019.

**IT IS SO STIPULATED**.

Dated: December 26, 2018    SETAREH LAW GROUP

By: */s/ H. Scott Leviant*
Shaun Setareh
Thomas Segal
H. Scott Leviant

Attorneys for Plaintiff
JAMES HARALSON

Dated: December 26, 2018    VEDDER PRICE (CA), LLP

By: */s/ Christopher A. Braham*
Brendan Dolan
Christopher A. Braham

Attorneys for Defendant
U.S. AVIATION SERVICES, CORP.

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Christopher A. Braham, attest that concurrence in the filing of this stipulation has been obtained from all signatories.

Executed this 26th day of December 2018, in Los Angeles, California.

/s/ Christopher A. Braham
Christopher A. Braham

**[PROPOSED] ORDER**

Having received and reviewed the Parties' Stipulation to continue the Parties' deadline to file a Motion for Preliminary Approval of Class Settlement, IT IS HEREBY ORDERED THAT:

1. The deadline for the Parties to file the Motion for Preliminary Approval of Class Settlement shall be continued from December 26, 2018 to January 9, 2019.

**IT IS SO ORDERED**.

Dated: January 3, 2019

THE HONORABLE JON S. TIGAR

**CERTIFICATE OF SERVICE**

    I hereby certify that, on December 26, 2018, a copy of the foregoing **STIPULATION CONTINUING THE PARTIES' DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT; [PROPOSED] ORDER** was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by facsimile to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

          /s/ Christopher A. Braham
          Christopher A. Braham