Shaun Setareh (SBN 204514)
  shaun@setarehlaw.com
William M. Pao (SBN 219846)
  william@setarehlaw.com
Alexandra R. McIntosh (SBN 320904)
  alex@setarehlaw.com
SETAREH LAW GROUP
315 South Beverly Drive, Suite 315
Beverly Hills, California 90212
Telephone (310) 888-7771
Facsimile (310) 888-0109

Attorneys for Plaintiff
JAMES HARALSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES HARALSON, on behalf of himself, all others similarly situated,<br><br>   *Plaintiff,*<br><br>  vs.<br><br>U.S. AVIATION SERVICES CORP., a Nevada corporation; UNITED AIRLINES, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>   *Defendants.* | Case No. 16-cv-05207-JST<br><br>Assigned For All Purposes To The Honorable Jon S. Tigar, Courtroom 9<br><br>**NOTICE OF ERRATA AND CORRECTION TO PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF SHAUN SETAREH; [PROPOSED] ORDER**<br><br>Date:  August 8, 2019<br>Time:  2:00 p.m.<br>Place:  Courtroom 9 |

1   TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2        PLEASE TAKE NOTICE that Plaintiff JAMES HARALSON hereby provides a notice of

3   errata regarding Plaintiff's Notice of Motion and Motion for Preliminary Approval of Class Action

4   Settlement and Certification of Settlement Class; Memorandum of Points and Authorities filed on

5   July 10, 2019.

6        The Notice of Motion and Motion for Preliminary Approval of Class Action Settlement and

7   Certification of Settlement Class should include a Table Of Contents and a Table of Authorities.

8        A revised Notice of Motion and Motion for Preliminary Approval of Class Action

9   Settlement and Certification of Settlement Class; Memorandum of Points and Authorities is

10   attached hereto as Exhibit A.

11

12

13   DATED: July 11, 2019            SETAREH LAW GROUP

14

15                                     _/s/ Shaun Setareh_

16                                   SHAUN SETAREH
                                        Attorney for Plaintiff

17                                   JAMES HARALSON

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF ERRATA AND CORRECTION TO PLAINTIFF'S OPPOSITION TO DEFENDANTS U.S. HEALTHWORKS, INC. AND U.S. HEALTHWORKS MEDICAL GROUP, PROF. CORP.'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, MOTION FOR SUMMARY ADJUDICATION

1
2
3
4

**CERTIFICATE OF SERVICE**

5

I hereby certify that on this 11th day of July 2019, a true and correct copy of the foregoing

6

document was filed via the court's CM/ECF filing system and a copy was delivered via the same

7

on all attorneys of record.

8

_____*/s/ Shaun Setareh*_____

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2